963 F.2d 384
 121 Lab.Cas. P 35,644
 Cochran
v.
Vann*
 NO. 91-3121
 United States Court of Appeals,
Eleventh Circuit.
 May 12, 1992
 
 1
 Appeal From: M.D.Fla.
 
 
 2
 REVERSED IN PART, VACATED IN PART.
 
 
 3
 Federal Reporter. The Eleventh Circuit provides by rule that
 
 
 4
 unpublished opinions are not considered binding precedent.
 
 
 5
 They may be cited as persuasive authority, provided that a
 
 
 6
 copy of the unpublished opinion is attached to or
 
 
 7
 incorporated within the brief, petition or motion. Eleventh
 
 Circuit Rules, Rule 36-2, 28 U.S.C.A.)
 
 
 *
 Fed.R.App.P. 34(a); 11th Cir.R. 34-3